UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                                            Case No. 12-cr-17-PB

**Derek Kucinski**

**O R D E R**

The defendant has moved through counsel to continue the April 3, 2012 trial in the above case, citing the need for additional time to consider plea negotiations or prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 3, 2012 to June 5, 2012.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

 The March 23, 2012 final pretrial conference is continued to May 22, 2012 at 2:00 p.m.

 SO ORDERED.

                                    /s/Paul Barbadoro
                                    Paul Barbadoro
                                    United States District Judge

March 19, 2012

cc:  Jeffrey S. Levin, Esq.
     Terry Ollila, AUSA
     United States Marshal
     United States Probation

2