UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                  Case No. 12-cr-17-PB

<u>Derek Kucinski</u>

### <u>O R D E R</u>

Defendant has moved through counsel to continue the trial scheduled for June 5, 2012, citing newly appointed counsel and the need for additional time to prepare for trial or engage in plea negotiations. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow time for the parties to properly prepare for trial, the court will continue the trial from June 5, 2012 to September 5, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on August 27, 2012 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 5, 2012

cc: Liam D. Sully, Esq.
    Terry Ollila, Esq.
    United States Probation
    United States Marshal