```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                          Case No. 12-cr-17-PB

Derek Kucinski

### O R D E R

Defendant has moved through counsel to continue the trial scheduled for September 5, 2012, citing the need for additional time engage in further plea negotiations or prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow time for the parties to properly prepare for trial, the court will continue the trial from September 5, 2012 to November 6, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 27, 2012 final pretrial conference is continued to October 29, 2012 at 3:00 p.m. No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 20, 2012

cc:  Liam D. Sully, Esq.
     Terry Ollila, Esq.
     United States Probation
     United States Marshal