```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    v.                                            Case No. 12-cr-17-PB

<u>Derek Kucinski</u>

### <u>O R D E R</u>

This case is currently scheduled for trial on July 9, 2013. The defendant now moves through counsel for a continuance, citing the need for additional time to properly prepare for trial in light of counsel's other trial obligations and the location of defendant which affects counsel's ability to meet with him to prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from July 9, 2013 to September 4, 2013. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy

trial.

    The June 26, 2013 final pretrial conference shall be continued to August 23, 2013 at 2:00 p.m.

    SO ORDERED.

                                     /s/Paul Barbadoro
                                     Paul Barbadoro
                                     United States District Judge

June 19, 2013

cc:   Jaye Rancourt, Esq.
      John Paul Kacavas, Esq.
      Seth Aframe,Esq.
      Terry L. Ollila, AUSA
      United States Marshal
      United States Probation